# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00797-CV

**David Rodewald, Appellant**

**v.**

**Nathan P. Chelstrom and Farrah D. Chelstrom, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-10-003568, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his interlocutory appeal. Appellant certifies that he has conferred with appellees Nathan P. Chelstrom and Farrah D. Chelstrom and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed: August 5, 2011